JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Luis Villegas<br><br>             Plaintiff,<br><br>v.<br><br>ARCP RL Portfolio VIII, LLC et al<br><br>           Defendants. | Case No.  CV 18-00637-AB (JEMx)<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within __45__ days, to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  July 25, 2018

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.